IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:14cr124-MHT |
| | ) | (WO) |
| **RICHARD PIGGOTT** | ) | |

## ORDER

It is ORDERED that the opinion and order (doc. no. 36) are vacated.

DONE, this the 2nd day of December, 2014.

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**