IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | CASE NO. 2:14cr124-MHT |
| ) | (WO) |
| RICHARD PIGGOTT ) | |

## FINAL ORDER OF FORFEITURE

On June 23, 2014, this Court entered a Preliminary Order of Forfeiture ordering defendant Richard Piggott to forfeit his interest in the following property**:** 2 cd/dvds; a Compaq Presario V4000 desktop computer, serial number 2CE5420X5N, containing a Western Digital 40GB hard drive, serial number WCAAT5403874; an Emachine desktop computer, serial number CBM32B0042782, containing a Toshiba 60GB hard drive, serial number 94SM9814S. (Doc. #16).

Publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions as the property is worth less than $1,000 and the only potential claimant is the defendant.  The government gave defendant notice in the Information (Doc. #1) that it would seek the forfeiture of all property involved in the commission of the offenses in violation of 18 U.S.C. § 2252A(a)(5).  Further, defendant consented to the forfeiture of the property in his plea agreement. (Doc. #8, p. 5).

The Court finds that defendant Richard Piggott has an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 2253.  The United States has established the requisite nexus between such property in the commission of the offenses in violation of 18 U.S.C. § 2252A(a)(5).

It is ORDERED that the United States' Motion for a Final Order of Forfeiture (doc. no. 39) is granted as follows:

1. The following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 2253:

    (a) 2 cd/dvds;

    (b) one Compaq Presario V4000 desktop computer, serial number 2CE5420X5N, containing a Western Digital 40GB hard drive, serial number WCAAT5403874;

    (c) one Emachine W2040 desktop computer, serial number CBM32B0042782, containing a Toshiba 60GB hard drive, serial number 94SM9814S.

2. All right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States and shall be disposed of according to law;

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

4. The Clerk of the Court shall forward a certified copy of this Order to the United States Attorney's Office.

SO ORDERED this the 3rd day of December, 2014.

                /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE