IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:14cr124-MHT |
| | ) | (WO) |
| **RICHARD PIGGOTT** | ) | |

**ORDER**

Upon consideration of the probation officer's petition for early termination of supervised release and the included memorandum describing defendant Richard Piggott's compliance with all terms of supervised release for three years, his stable income and residence, and his completion of mental-health treatment, and based on the government's lack of opposition to early termination, stated orally to the court, it is ORDERED that:

(1) The petition (doc. no. 80) is granted.

(2) Defendant Richard Piggott's term of supervised release is terminated effective immediately and he is discharged.

DONE, this the 13th day of August, 2020.

                                                      /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE